```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 07 B 08969
  TAMI L VAN WAZER
  RICHARD R VAN WAZER                           CHAPTER 13

                                                JUDGE: JOHN H SQUIRES
         Debtor
  SSN XXX-XX-4079     SSN XXX-XX-1449

------------------------------------------------------------------------
              TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

     1.  The case was filed on 05/16/07 .

     2.  The case was dismissed without confirmation, 08/17/2007.

------------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT    INTEREST       PRINCIPAL
                                                           PAID           PAID
------------------------------------------------------------------------
HOMEQ SERVICING CORP       CURRENT MORTG          .00           .00             .00
HOMEQ SERVICING CORP       MORTGAGE ARRE   NOT FILED           .00             .00
ILLINOIS DEPT OF PUBLIC    CHILD SUPPORT   NOT FILED           .00             .00
ANDERSON FINANCIAL NETWO   UNSECURED       NOT FILED           .00             .00
ALLIANCE ONE               UNSECURED       NOT FILED           .00             .00
BECKET & LEE LLP           UNSECURED       NOT FILED           .00             .00
ATG CREDIT                 UNSECURED       NOT FILED           .00             .00
COMED                      UNSECURED       NOT FILED           .00             .00
HIGHLAND RECOVERY          UNSECURED       NOT FILED           .00             .00
ER SOLUTIONS INC           UNSECURED       NOT FILED           .00             .00
GMAC PAYMENT CENTER        UNSECURED       NOT FILED           .00             .00
GMAC PAYMENT CENTER        UNSECURED       NOT FILED           .00             .00
TCF NATIONAL BANK          UNSECURED       NOT FILED           .00             .00
ILLINOIS COLLECTION SERV   UNSECURED       NOT FILED           .00             .00
ILLINOIS COLLECTION SERV   UNSECURED       NOT FILED           .00             .00
KENOSHA MEDICAL CTR CLIN   UNSECURED       NOT FILED           .00             .00
LEASE FINANCE GROUP        UNSECURED       NOT FILED           .00             .00
LVNV FUNDING               UNSECURED       NOT FILED           .00             .00
MEDICAL BUSINESS BUREAU    UNSECURED       NOT FILED           .00             .00
MERCHANTS CREDIT GUIDE     UNSECURED       NOT FILED           .00             .00
------------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT    INTEREST       PRINCIPAL
                                                           PAID           PAID

MRSI                       UNSECURED       NOT FILED           .00             .00
NICOR GAS                  UNSECURED       NOT FILED           .00             .00
PAU MICHAEL                UNSECURED       NOT FILED           .00             .00
PELLETTIERI & ASSOC        UNSECURED       NOT FILED           .00             .00
RJM ACQUISITIONS LLC       UNSECURED       NOT FILED           .00             .00
SBC AMERITECH              UNSECURED       NOT FILED           .00             .00
SUPERIOR ASSET MANAGEMEN   UNSECURED       NOT FILED           .00             .00
         Summary of disbursements:
------------------------------------------------------------------------
                    SECURED    PRIORITY    UNSECURED    OTHER      TOTAL
------------------------------------------------------------------------
```

```
TOTAL CLMS ALLOWED              .00         .00         .00         .00         .00
PRINCIPAL PAID                  .00         .00         .00         .00         .00
INTEREST PAID                   .00         .00         .00         .00         .00
TOTAL PAID                      .00         .00         .00         .00         .00
```
The Debtor's attorney, ROBERT V SCHALLER              , was allowed $         .00
and was paid $         .00 .

The Trustee received $         .00 .

Refunds to the Debtor totaled $         .00 .

    Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.


    Dated: 11/16/07                        /S/
                                          GLENN STEARNS
                                          CHAPTER 13 TRUSTEE